## Commonwealth *v.* Rhyne, Appellant.

Submitted March 10, 1975. *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First

Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.